KING *v.* ELLIS, CORRECTIONS DIRECTOR.

No. 4, Misc.  Decided November 21, 1960.

Petitioner *pro se.*

*Will Wilson,* Attorney General of Texas, and *Leon F. Pesek* and *Linward Shivers,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.  The judgment is vacated and the case is remanded to the District Court for a full hearing.  *Ellis* v. *United States,* 356 U. S. 674.

STATHAM *v.* CALIFORNIA.

No. 239, Misc.  Decided November 21, 1960.

*Carl Q. Christol* for petitioner.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.